# Exhibit "A"

⊕ EFILED IN OFFICE
CLERK OF STATE COURT
LIBERTY COUNTY, GEORGIA
**STSV2018000130**
JO
JUL 16, 2018 01:41 PM

Linda Dixon Thompson, Clerk
Liberty County, Georgia

**STATE COURT OF LIBERTY COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| DENEEN MARTIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WALMART STORES EAST, LP, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>FILE NO: _____<br><br>JURY TRIAL DEMANDED |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW Plaintiff Deneen Martin, and states her complaint against Defendant Walmart Stores East, LP as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Deneen Martin is a citizen and resident of the State of Georgia.

2.

The incident that is the subject of the present case occurred at Defendant's Walmart store No. 862 located at 751 West Oglethorpe Highway, Hinesville, Liberty County, Georgia 31313.

3.

Defendant Walmart Stores East, LP is a for profit foreign corporation authorized to do business in the State of Georgia, with its principal office located in Cincinnati, Ohio, and is subject to the jurisdiction of this Court. Defendant Walmart Stores East, LP maintains offices and transacts business in Liberty County, Georgia, the county in which this cause of action originated. Venue as to this Defendant is proper in Liberty County, Georgia pursuant to O.C.G.A. § 14-2-510 as the tortuous conduct alleged herein occurred in Liberty County,

Georgia. Defendant Walmart Stores East, LP may be served by issuing Summons and a second original of this Complaint to its registered agent for service, Corporation Process Company 2180 Satellite Blvd. Suite 400, Duluth, Gwinnett County, Georgia 30097.

4.

Venue in the present case is proper in Liberty County, Georgia.

## FACTUAL ALLEGATIONS

5.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 4 above as if they were restated verbatim.

6.

At all times material hereto, the Defendant Walmart Stores East, LP owned and/or operated the property located at 751 West Oglethorpe Highway, Hinesville, Liberty County, Georgia 31313. As such, Defendant possessed said property with the intent to occupy and control it and held it open to the public for business purposes.

7.

On July 29, 2016, Walmart Stores East, LP was in legal possession of the premises located at 751 West Oglethorpe Highway, Hinesville, Liberty County, Georgia 31313.

8.

Based upon information and belief, on or about July 29, 2016, Defendants were operating a retail store on the premises located at 751 West Oglethorpe Highway, Hinesville, Liberty County, Georgia 31313.

9.

On or about July 29, 2016, Plaintiff entered said premises for the purpose of purchasing

goods from the subject retail store.

10.

On or about July 29, 2016, upon entering said premises, Plaintiff assumed the legal status of an invitee as the term is defined under Georgia Law.

## COUNT I – NEGLIGENCE OF DEFENDANT

11.

Plaintiff realleges and incorporate herein by reference paragraphs 1 through 10 above as if they were restated verbatim.

11.

On July 29, 2016, Plaintiff was an invitee at the Walmart store located at 751 West Oglethorpe Highway, Hinesville, Liberty County, Georgia 31313.

12.

Plaintiff was walking through the subject Walmart when she slipped on a liquid substance on the floor and suffered personal injuries.

13.

At all relevant times, it is believed that the Defendant owned and managed the subject Walmart and owed a legal duty of reasonable care to invitees to inspect and keep the premises in a safe condition and to warn Plaintiff of hidden dangers or defects that were not discoverable in the exercise of reasonable care.

14.

At all relevant times, Defendant, by and through its employees, had actual or constructive knowledge of the hazardous condition of the liquid substance prior to Plaintiff fall.

15.

At all relevant times, Plaintiff had no knowledge of the unsafe and dangerous condition of the aisle in the subject Walmart and it was not discoverable by her in the exercise of reasonable care.

16.

At all relevant times, Plaintiff exercised reasonable care for her own safety.

17.

At all relevant times, Defendant breached its duty of reasonable care as follows:

a) Defendant failed to inspect the premises for dangerous conditions;

b) Defendant failed to warn patrons of a dangerous condition it knew or should have known existed on the premises; and

c) Defendant failed to clean up said dangerous condition when it knew or should have known it existed.

18.

As a result of the foregoing, Defendant breached its legal duty to Plaintiff in violation of O.C.G.A § 51-3-1.

19.

As a direct and proximate result of the aforesaid breaches of duty and negligence by Defendant, Plaintiff suffered personal injuries, including but not limited to an injury to her lower back. Additionally, Plaintiff suffered damages including past medical expenses in excess of $197,368.80 in past medical expenses and past and future mental and physical pain and suffering.

19.

By reason of the foregoing, Plaintiff is entitled to recover compensatory damages from Defendant in an amount to be proven at trial.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays and demands as follows:

1. That Process and Summons issue, as provided by law, requiring defendants to appear and answer Plaintiff's Complaint;

2. That service be had upon defendants as provided by law;

3. That the Court award and enter a judgment in favor of Plaintiff and against defendants for compensatory damages in an amount to be proven at trial;

4. That Plaintiff have a trial by a jury as to all issues; and,

5. That Plaintiff have such other and further relief as the Court may deem just and proper.

This ___ day of July, 2018.

_____
Seth M. Diamond
Georgia Bar No. 220393
Attorney for Plaintiff

MORGAN & MORGAN
25 Bull Street
Suite 400
Savannah, Georgia 31401
T: (912) 443-1012
F: (912) 443-1192

## STATE COURT OF LIBERTY COUNTY
## STATE OF GEORGIA

**⊕ EFILED IN OFFICE**
CLERK OF STATE COURT
LIBERTY COUNTY, GEORGIA
**STSV2018000130**
JO
JUL 16, 2018 01:41 PM

Linda Dixon Thompson, Clerk
Liberty County, Georgia

CIVIL ACTION NUMBER  STSV2018000130

Martin, Deneen

**PLAINTIFF**

VS.

Walmart Stores East, LP

**DEFENDANT**

### SUMMONS
TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

    **Seth Diamond**
    **Morgan and Morgan**
    **25 Bull Street**
    **Suite 400**
    **Savannah, Georgia 31401**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 16th day of July, 2018.**

                      Clerk of State Court

                      Linda Dixon Thompson, Clerk
                      Liberty County, Georgia

# Exhibit "B"



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRIAN P. KEMP

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **WAL-MART STORES EAST, LP (DELAWARE)** |
| Business Type: | **Foreign Limited Partnership** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **708 SW 8th Street, Bentonville, AR, 72716, USA** |
| Jurisdiction: | **Delaware** |
| Principal Record Address: | **NONE** |

| | |
|---|---|
| Control Number: | **0150520** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **11/16/2001** |
| Last Annual Registration Year: | **2018** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S Culver St, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

### GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| WSE MANAGEMENT,, LLC | General Partner | 708 SW 8th Street, Bentonville, AR, 72716, USA |

Back     Filing History     Name History     Return to Business Search

# Exhibit "C"

**Department of State: Division of Corporations**

Allowable Characters

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

| | | | |
|---|---|---|---|
| File Number: | 3455670 | Incorporation Date / Formation Date: | 11/9/2001 (mm/dd/yyyy) |
| Entity Name: | WSE MANAGEMENT, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [Submit]

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# Exhibit "D"

**Department of State: Division of Corporations**

Allowable Characters

| | | HOME |
|---|---|---|
| HOME | | |
| About Agency | | |
| Secretary's Letter | | |
| Newsroom | | |
| Frequent Questions | | |
| Related Links | | |
| Contact Us | | |
| Office Location | | |

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 3455667 | Incorporation Date / Formation Date: | 11/9/2001 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | WSE INVESTMENT, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | THE CORPORATION TRUST COMPANY | | |
|---|---|---|---|
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# Exhibit "E"



# ARKANSAS SECRETARY OF STATE
*Mark Martin*

*Search Incorporations, Cooperatives, Banks and Insurance Companies*

Printer Friendly Version
LLC Member Information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WAL-MART STORES EAST, LLC |
| Fictitious Names | |
| Filing # | 800192618 |
| Filing Type | Limited Liability Company |
| Filed under Act | Domestic LLC; 1003 of 1993 |
| Status | Good Standing |
| Principal Address | 702 SW 8TH STREET<br>MS#0215<br>BENTONVILLE, 72716 |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 124 WEST CAPITOL AVENUE<br>SUITE 1900<br>LITTLE ROCK, AR 72201 |
| Date Filed | 01/25/2011 |
| Officers | MICHAEL MOORE, Manager<br>ANTHONY WALKER, Manager<br>RICKY YOUNG, Tax Preparer<br>JEFF DAVIS, Manager<br>GORDON ALLISON, Manager<br>GORDON Y ALLISON, Incorporator/Organizer |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

Purchase a Certificate of Good Standing for this Entity    Pay Franchise Tax for this corporation



ARKANSAS
SECRETARY OF STATE
Mark Martin

Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version
LLC Member Information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WAL-MART STORES, INC. |
| Fictitious Names | BUD'S DISCOUNT CITY<br>BUD'S WAREHOUSE OUTLET<br>BUD'S WAREHOUSE OUTLET<br>FORT SMITH REMARKETING<br>SAM'S CLUB<br>SAM'S WHOLESALE CLUB<br>WAL-MART<br>WAL-MART AVIATION<br>WAL-MART EXPRESS<br>WAL-MART NEIGHBORHOOD MARKET<br>WAL-MART NEIGHBORHOOD MARKET<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER #1147<br>WAL-MART SUPERCENTER #8<br>WAL-MART VACATIONS<br>WALTON LIFE FITNESS CENTER |
| Filing # | 100067582 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 124 WEST CAPITOL AVENUE SUITE 1900<br>LITTLE ROCK, AR 72201 |
| Date Filed | 03/31/1970 |
| Officers | SEE FILE, Incorporator/Organizer<br>RICKY YOUNG , Tax Preparer<br>DOUGLAS MCMILLON , President<br>JEFFREY J GEARHART , Secretary<br>ANTHONY WALKER , Vice-President<br>CLAIRE BABINEAUX-FONTENOT , Treasurer<br>STEVEN P WHALEY , Controller |
| Foreign Name | N/A |
| Foreign Address | 702 SW 8TH STREET<br>BENTONVILLE, 72716 |
| State of Origin | DE |

Purchase a Certificate of Good Standing for this Entity      Pay Franchise Tax for this corporation