# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DENEEN MARTIN,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

CIVIL ACTION FILE
NO. 4:18-CV-197

## **PROPOSED MODIFIED SCHEDULING ORDER**

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, the Rule 26(f) Report, and the parties' Joint Motion to Extend Discovery and Other Deadlines, the Court modifies the prior scheduling deadlines as indicated below. The Court would note that this is now the fifth order in the case extending deadlines. *See* docs. 22, 26, 28 and 37. There will be no more.

| | |
|---|---|
| CLOSE OF DISCOVERY | November 4, 2019 |
| JOINT STATUS REPORT DUE | November 11, 2019 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | December 2, 2019 |

SO ORDERED, this 13th day of September, 2019.

_____
Christopher L. Ray
United States Magistrate
Southern District of Georgia