# United States District Court
## *Southern District of Georgia*

DENEEN MARTIN
_____
Plaintiff

Case No.  4:18-cv-00197-RSB-CLR
_____

**v.**

WAL-MART STORES
EAST, LP
_____
Defendant

Appearing on behalf of
_____
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 28th day of October , 2019.

_____
UNITED STATES MAGISTRATE JUDGE
*****

NAME OF PETITIONER:     Brandon W. Reedy
_____

Business Address:     Rainey Kizey Riviere & Bell PLC
_____
Firm/Business Name

209 East Main Street
_____
Street Address

_____  Jackson     TN     38301
Street Address (con't)   City     State     Zip

_____
Mailing Address (if other than street address)

_____  _____  _____  _____
Address Line 2     City     State     Zip

731-426-8117
_____   _____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:     breedy@raineykizer.com
_____