IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DENEEN MARTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>WAL-MART STORES EAST, LP,<br><br>    Defendant. | CIVIL ACTION NO.: 4:18-cv-197 |

**O R D E R**

In September 2021, following the close of discovery and the expiration of the deadline for filing dispositive motions, this case was administratively closed so that the parties could mediate the case. (See docs. 74–76.) Based on representations by the parties that, as of May 31, 2022, settlement negotiations were ongoing and there was an appreciable chance of resolving the case, (see doc. 77), the Court declined to reopen the case and permitted the parties to continue negotiations. The parties stated that they would file an updated joint status report by May 14, 2022, to apprise the Court of the status of negotiations. (Id.) That date has passed, and no such status report has been filed. Accordingly, the parties are **DIRECTED** to file a joint status report regarding the status of their settlement negotiations (or, if the case has settled, to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41) **by JUNE 24, 2022**. Failure to file an appropriate document by that date may result in the Court's *sua sponte* dismissal of the case.

**SO ORDERED**, this 15th day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA