IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DENEEN MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES EAST, LP,<br><br>    Defendant. | CIVIL ACTION NO.: 4:18-cv-197 |

**O R D E R**

In light of the parties' recent status report, the Court **ORDERS** the parties to file an updated joint status report regarding the status of their settlement negotiations (or, if the case has settled, to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41) **by JULY 19, 2022**.  If, by that time, the parties have not settled the case, the Court will reopen the case and issue its standard Instruction Order regarding the parties' obligations to prepare the case for trial.

**SO ORDERED**, this 28th day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA