IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DENEEN MARTIN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:18-cv-0197 |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

**O R D E R**

Before the Court is a Stipulation of Dismissal signed and filed by counsel for Plaintiff and counsel for Defendant on November 14, 2022, wherein the parties indicate they stipulate and agree to the dismissal, with prejudice, of this action, with each party to bear its own attorneys' fees and costs. (Doc. 87.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions,[1] and to **CLOSE** this case.

**SO ORDERED**, this 21st day of November, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] After previously filing a Notice of Settlement in this case, (doc. 83), Defendant filed a Motion to Enforce Settlement and Request for Fees Pursuant to O.C.G.A. § 9-15-14, (doc. 84). Defendant has since filed a Notice of Withdrawal of the Motion, (see doc. 86), followed by the filing of the Stipulation of Dismissal, (doc. 87). Accordingly, termination of the Motion to Enforce Settlement and Request for Fees, (doc. 84), is appropriate.